**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 18-6791**

———————

SHANNON LANCASTER, a/k/a Shannon Miles Lancaster,

    Plaintiff - Appellant,

  v.

JAMES RUANE, 0890,

    Defendant - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Spartanburg. Timothy M. Cain, District Judge. (7:17-cv-02302-TMC)

———————

Submitted: October 23, 2018        Decided: October 26, 2018

———————

Before NIEMEYER, KING, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Shannon Miles Lancaster, Appellant Pro Se. Stephanie Holmes Burton, GIBBES & BURTON, LLC, Spartanburg, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shannon Miles Lancaster appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lancaster v. Ruane*, No. 7:17-cv-02302-TMC (D.S.C. June 18, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*